# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVERT HAYES, Jr.,<br><br>                        Petitioner,<br>     vs.<br>ROBERT WONG, Warden,<br><br>                        Respondents. | Civil No.    09cv1354 L (JMA)<br><br>**ORDER DISMISSING CASE AS DUPLICATIVE** |

      Petitioner, Levert Hays, Jr., a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

      Petitioner raises a single claim in the present Petition challenging the use of juvenile priors to enhance his sentence in violation of the Sixth Amendment and <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000). (Pet. at 6; Attachment 22(A) at 1.)

      The Court may dismiss a duplicative petition as frivolous if it "merely repeats pending or previously litigated claims." <u>Cato v. United States</u>, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations omitted). Petitioner currently has another case pending in this Court, case number 08cv1461 H (BLM) in which he challenges the use of his juvenile priors as sentencing enhancements in violation of <u>Apprendi</u>. (<u>See</u> Pet. in case number 08cv1461 H (BLM) at 8; Attachment One at 5.)

///

1 | Based on the foregoing, the Court **DISMISSES** this case because the Petition in this case is duplicative of that filed in case number 08cv1461 H (BLM). The Clerk shall close the file.

**IT IS SO ORDERED.**

**DATED: July 30, 2009**

_____
**M. James Lorenz**
**United States District Court Judge**